UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

CHRISTOPHER GORDON,

       Plaintiff,

-against-

NEW YORK CITY POLICE OFFICER
CARLOS PERALTA, SHIELD #50640,

       Defendants.

------------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 29 2012

BROOKLYN OFFICE

NOT FOR PUBLICATION
ORDER
10-CV-5148 (CBA) (LB)

AMON, Chief United States District Judge:

      The Court has received the Report and Recommendation ("R&R") of the Honorable Lois

Bloom, United States Magistrate Judge, dated June 11, 2012, recommending that this action be

dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure,

based on plaintiff's failure to appear at two Court-ordered pretrial conferences, as well as his

failure to provide a current address to the Court. No objection to the R&R has been filed. The

Court has reviewed the R&R and, finding no clear error, adopts in full the recommendation

contained in it. See Wilds v. United Parcel Services, Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y.

2003).

      Accordingly, the action is dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v). The

Clerk of Court is directed to enter judgment and close the case.


      SO ORDERED.

Dated:     Brooklyn, New York
           June 29, 2012

                                /S/

                                Carol Bagley Amon
                                Chief United States District Judge

1